## (December 26, 1967)

■ In the Matter of the SULLIVAN COUNTY BAR ASSOCIATION for Approval of a Proposed Certificate of Incorporation of SULLIVAN COUNTY LEGAL SERVICES CORPORATION.— Application pursuant to subdivision 5 of section 495 of the Judiciary Law for approval of incorporation of Sullivan County Legal Services Corporation granted. Order entered. Gibson, P. J., Herlihy, Reynolds, Aulisi, and Staley, Jr., JJ., concur.